FILED
2007 OCT 11 AM 9:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2425

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No._____ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- |
| Roberto QUINTANA-Torres | Bringing in Illegal Alien(s) Without Presentation |
| AKA: Javier Lopez Perez | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **October 9, 2007**, within the Southern District of California, defendant **Roberto QUINTANA-Torres AKA: Javier Lopez Perez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an aliens, namely, **Noe REYES-Hernandez, Jose CARDENAS-Ocampo and Mateo GONZALEZ-Perez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF October, 2007.

UNITED STATES MAGISTRATE JUDGE

### PROBABLE CAUSE STATEMENT

The complainant states that **Noe REYES-Hernandez, Jose CARDENAS-Ocampo and Mateo GONZALEZ-Perez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 9, 2007 at about 2150 hours **Roberto QUINTANA-Torres AKA: Javier Lopez-Perez (Defendant)** made application for admission into the United States driving a blue 1992 Oldsmobile Cutlass Ciera at the San Ysidro Port of Entry. Defendant was the sole visible occupant of the vehicle. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented as his own, a Permanent Resident Card bearing the name Jose A. Sanchez-Hernandez. The CBP Officer received a negative Customs declaration from Defendant. The CBP Officer suspected Defendant was an imposter to the document presented and while inspecting the vehicle, discovered individuals concealed in the trunk. CBP Officers escorted the vehicle and all its occupants to secondary inspection.

In secondary, Defendant was determined to be an imposter to the document presented. CBP Officers removed four individuals from the trunk. All occupants were determined to be citizens of Mexico with no entitlements to enter the United States. Three of the four smuggled aliens are now identified as material witnesses: **Noe REYES-Hernandez (MW1), Jose CARDENAS-Ocampo (MW2) and Mateo GONZALEZ-Perez (MW3).**

During a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted an unknown man provided him with the Permanent Resident Card he presented. Defendant admitted knowledge of the concealed aliens. Defendant stated a smuggling fee of $3,500.00 (USD) would be waived if he drove the vehicle into the United States. Defendant stated he was to drive the vehicle North on Interstate 5 and search for a parked vehicle with its emergency lights on. Defendant stated he would then follow such vehicle to an unknown location, deliver the vehicle, return the document used in the smuggling act and be taken to Los Angeles, California.

Separate videotaped interviews were conducted with Material Witnesses. Material Witnesses admitted they are citizens of Mexico with no documents to lawfully enter or reside in the United States. Two Material Witnesses stated they were to pay $1,500.00 to $2,000.00 (USD) to be smuggled into the United States. One Material Witness stated his sister was to pay an unknown amount of money to be smuggled into the United States. Material Witnesses stated they were going to California to reunite with family and to seek employment.