1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Roberto Quintana-Torres

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE LEO S. PAPAS)**

11  UNITED STATES OF AMERICA,          )        Case No. 07MJ2425
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )        **CERTIFICATE OF SERVICE**
                                       )
14  ROBERTO QUINTANA-TORRES,           )
                                       )
15              Defendant.             )
    _____)
16

17       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                            U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov; and
19
                            Jonathan D. Frank
20         greencirclej@netscape.net,greencirclej@gmail.com

21                          Respectfully submitted,

22

23  DATED:        October 15, 2007              /s/ Elizabeth M. Barros
                                                **ELIZABETH M. BARROS**
24                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Roberto Quintana-Torres
25

26

27

28