# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 )
               Plaintiff                    )
                                    )    07CR2962-LAB
                                    )    CRIMINAL NO. 07mj2425
      vs.                              )
                                      )    ORDER
Roberto Quintana-Torres          )
                                      )    RELEASING MATERIAL WITNESS
                                      )
                                      )    Booking No.

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**MATEO GONZALEZ - PEREZ**

DATED: 11/1/07

                                              **Leo S. Papas**
                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____               OR
              DUSM

                                     W. SAMUEL HAMRICK, JR.   Clerk
                                          by    **J. JARABEK**
                                            Deputy Clerk