AO 455 (Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ROBERTO QUINTANA-TORRES,<br>aka Javier Lopez Perez | CASE NUMBER: 07CR 2962-LAB |

I, ROBERTO QUINTANA-TORRES, aka Javier Lopez Perez, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/1/07 ~~10/25/07~~ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Roberto Quintana
Defendant

_____
Defense Counsel

Before _____
       Judicial Officer